Opinion issued June 9, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00178-CV

____________


ONQUEST ENGINEERING, INC., DONALD J. TRISCH, DAVID J. BAKER, AND
RANDOLPH KESSLER , Appellants


V.


TECHNIP USA CORP. D/B/A KINETICS TECHNOLOGY 

INTERNATIONAL CORP., Appellee






On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 0250123






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss this appeal with prejudice. No
opinion has issued. Accordingly, the motion is granted, and the appeal is dismissed
with prejudice. Tex. R. App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.